FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYSON J. HEATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATE MURILLO, an individual; BRANDON JAMES WOLCOTT, an individual; AUSTEN SCOTT CAGLE, an individual; RYAN L. YATES, an individual; SERGIO MARQUEZ, an individual; DOMINIC DANNAN, an individual; CITY OF YAKIMA, a government municipality; and DOES 1-X AND ROE CORPORATIONS 1-X,<br><br>Defendants. | No. 1:24-CV-03121-MKD<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>ECF No. 16 |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 16. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a

ORDER - 1

stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal, **ECF No. 16**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** the file.

DATED November 26, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2